UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No. 8-13-bk-02638-CPM

Christopher Adolph Panarelli                                    Chapter 13

    Debtor
_____/

TRUSTEE'S MOTION TO DISMISS FOR
FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN

> **A preliminary hearing in this case will be held on January 14, 2015 at 3:00 *pm* in Courtroom 8B before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida to consider and act upon this matter.**

    JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

    1.    The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on February 28, 2013.

    2.    On February 11, 2014 the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2013.

    3.    It appears as though the Debtor has failed to comply with the Order Confirming Plan to provide his 2013 federal income tax return and/or any refunds he might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

    WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished, electronically and/or by U.S. Mail, to **Christopher Adolph Panarelli**, 5104 Tollbridge Court, Tampa FL 33647 and **Law Offices of Robert M. Geller, P.A.,** 807 W. Azeele Street, Tampa FL 33606 this 6th day of November 2014.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
Post Office Box 25001
Bradenton, Florida 34206-5001
Phone: (941) 747-4644
FAX:   (941) 750-9266

JMW/lp                                                          C13T 11/6/14